# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| State v. Hazen | 19008 | 8/4/97 | Affirmed |
| Cukr v. Cukr | 16754 & 16566 | 8/5/97 | Affirmed |
| Lefton v. Lefton | 16575 | 8/6/97 | Vacated and Remanded |
| Nam v. Nam | 17554 | 8/6/97 | Affirmed |
| Files Hawaii, Inc. v. Victaulic Co. | 15950 | 8/8/97 | Vacated and Remanded |
| Cary v. Leung | 19594 | 8/11/97 | Affirmed |
| Hora v. Hora | 17407 | 8/12/97 | Affirmed |
| Tabios v. State | 19623 | 8/12/97 | Affirmed |
| State v. Magsayo | 19951 | 8/18/97 | Affirmed |
| Stajkovic v. Gary | 18919 | 8/18/97 | Affirmed/Reversed in part |
| Kahalehoe v. Administrative Director of Courts | 19036 | 8/18/97 | Affirmed |
| Gross v. Cutright | 16267 | 8/19/97 | Affirmed |
| State v. Kuwasaki | 19063 | 8/27/97 | Affirmed |
| State v. Trusty | 19667 | 8/27/97 | Affirmed |